UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Petitioner,

v.

JPMORGAN CHASE BANK, N.A.,

Respondent.

26-cv-9096(JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the petition of Jane Doe seeking leave to submit an untimely claim in the matter of Doe 1 v. JP Morgan Chase Bank, N.A., 22-cv-10019. As requested by petitioner, Jane Doe's actual identity will remain publicly undisclosed. However, she must disclose it on a confidential basis to the Claims Administrator by no later than October 28, 2026, so that the Claims Administrator can file a response to the instant petition. Thereafter, the Claims Administrator will file a response to the petition no later than November 20, 2026. Counsel for the parties in the JP Morgan matter may also file a response by November 20, but they are not required to do so. Any reply papers from the petitioner must be filed by December 18.

SO ORDERED.

New York, NY
October 26, 2026

JED S. RAKOFF, U.S.D.J.